# Supreme Court of Florida

THURSDAY, OCTOBER 30, 2025

| | |
|---|---|
| The Florida Bar,<br>　　　　Complainant(s)<br>v.<br><br>Lee David Sarkin,<br>　　　　Respondent(s) | **SC2025-0448**<br>Lower Tribunal No(s).:<br>2023-50,627(17J);<br>2023-50,667(17J); |
| The Florida Bar,<br>　　　　Complainant(s)<br>v.<br><br>Drew Mark Levitt,<br>　　　　Respondent(s) | **SC2025-0451**<br>Lower Tribunal No(s).:<br>2023-50,626(17J);<br>2023-50,668(17J) |

---

Upon consideration of the Reports of Referee Accepting Consent Judgment, the Conditional Guilty Pleas for Consent Judgment, the Stipulations to Entry of Agreed Orders, and the Motions to Assess Costs, it is the judgment of this Court that the Reports of Referee, Consent Judgments, and the Stipulations, filed with this Court on May 16, 2025, are hereby disapproved. The Court would instead impose a three-year suspension in each case, along with the other conditions set forth in the Reports of Referee, and payment of The Florida Bar's costs. Should the parties agree to this disposition, revised Consent Judgments shall be filed with the

Court within 30 days of the date of this order. Otherwise, the matters should be scheduled for hearing before the referee and Amended Reports of Referee filed with the Court within 90 days of the date of this order.

MUÑIZ, C.J., and CANADY, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.
LABARGA, J., concurs in part and dissents in part with an opinion.

LABARGA, J., concurring in part and dissenting in part.

I concur with the majority that the factual findings in the reports of the referee are sufficient to support Respondents' culpability for violating numerous Rules Regulating The Florida Bar. However, I disagree with the majority's decision to reject the stipulation of the parties which provided for a suspension of eighteen months for each Respondent and, instead, impose a three-year suspension.

While the actions of the Respondents were egregious to say the least, both have been members of The Florida Bar for over thirty years without any disciplinary record. I find these two factors to be

significant and worthy of consideration. I would accept suspending

the Respondents for eighteen months.

A True Copy
Test:

SC2025-0448 10/30/2025
SC2025-0451 10/30/2025

John A. Tomasino
Clerk, Supreme Court
SC2025-0448 10/30/2025
SC2025-0451 10/30/2025



SO

Served:

HON. KATHLEEN MCCARTHY
PATRICIA ANN TORO SAVITZ
D. CULVER SMITH, III
TRACY LEE SORCEK